```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JAN GOODMAN,

               Plaintiff,

    - against -

RAJU KOTHARI, ET AL.,

              Defendants.

25-cv-1087 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, the plaintiff should file an amended complaint by **June 20, 2025**. The defendant can move or answer by **July 11, 2025**. The plaintiff can respond to any motion to dismiss by **August 1, 2025**. The defendant may reply by **August 11, 2025**. No pre-motion conference is necessary.

SO ORDERED.

Dated:    New York, New York
            May 28, 2025

                                              John G. Koeltl
                                  United States District Judge