UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAN GOODMAN,

                        Plaintiff(s)

                        25 civ 1087 (JGK)

      -against-

RAJU KOTHARI, et al,

                        Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, July 1, 2025, at 4:30pm, is canceled.

**SO ORDERED.**

                                                 **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025