```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAN GOODMAN,

                    Plaintiff,

- against -

RAJU KOTHARI, ET AL.,

                    Defendants.

25-cv-1087 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

On July 9, 2025, the Court extended the time for defendant Lawrence Paul to move to dismiss to August 1, 2025. ECF No. 24. The time for the plaintiff to respond is extended to **August 18, 2025**. The defendant may reply by **August 28, 2025**.

SO ORDERED.

Dated:    New York, New York
           August 4, 2025

                                          John G. Koeltl
                                    United States District Judge